UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 8:05-CR-94-T-27TBM

LUIS LOPEZ-LOPEZ
_____

### ORDER

**BEFORE THE COURT** is the Motion by the United States for Reduction in Sentence Pursuant to pursuant to Rule 35(b) (Dkt.139).  Upon consideration, it is

**ORDERED AND ADJUDGED:**

1.   The Motion by the United States for Reduction in Sentence Pursuant to pursuant to Rule 35(b) (Dkt.139) is **GRANTED** based on Defendant's substantial assistance.  Defendant's sentence is reduced to a sentence of **Time Served**.

2.   Defendant's term of supervised release is reduced to **Three (3) years**.  All other terms and conditions of supervised release remain the same.

It is further ORDERED that the Clerk deliver two certified copies of this Order to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE AND ORDERED** at Tampa, Florida this \_7\_ day of July, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies:
U.S. Attorney's Office
Defense Counsel
U.S. Marshal
U.S. Probation
Bureau of Prisons